Cassway *v.* Weems, Appellant.

Argued September 17, 1973. *Jerome E. Ornsteen,* with him *Howard R. Flaxman,* and *Fox, Rothschild, O'Brien & Frankel,* for appellant; *Albert C. Braslow,* with him *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Cassway *v.* Weems, Appellant.

Argued September 17, 1973. *Jerome E. Ornsteen,* with him *Howard R. Flaxman,* and *Fox, Rothschild, O'Brien & Frankel,* for appellant; *Albert C. Braslow,* with him *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Armstrong, Appellant.

Argued September 20, 1973. *Lewis T. Moore,* with him *Andrew G. Gay,* for appellant; *James Garrett,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* As-